UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| IVA JOY, ET AL. | JUDGMENT IN A CIVIL CASE |
| v. | |
| BERSHIRE HATHAWAY, INC., ET AL. | CASE NO: 20-1131-STA-jay |

---

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

**IT IS SO ORDERED AND ADJUDGED** in accordance with the jury's general verdict with answers to written questions rendered on June 29, 2022, judgment is hereby entered in favor of the plaintiffs, Ivy Joy and William Joy, and third-party defendants, Anthony Lancaster and Anthony Lancaster Insurance Agency, Inc. and against the defendant, AmGuard Insurance Company, thereby dismissing this cause. The plaintiffs are awarded $228,148.00 for Dwelling, $69,000.00 for Contents, $68,444.00 for Additional living expenses along with the 10% bad faith penalty and pre-judgment interest at the rate of 0.75% per year, calculated from August 16, 2020.

**APPROVED:**

s/S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| **DATE:** 6/29/2022 | THOMAS M. GOULD<br>**Clerk of Court**<br><br>s/Maurice B. Bryson<br>**(By) Deputy Clerk** |