# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| IVA JOY and WILLIAM JOY, ) ) Plaintiffs, ) ) v. ) ) AMGUARD INSURANCE COMPANY, ) ) Defendant/Third Party Plaintiff, ) ) v. ) ) ANTHONY LANCASTER INSURANCE AGENCY, INC., and ANTHONY LANCASTER, ) ) ) ) ) Third Party Defendants. ) | No. 1:20-cv-1131-STA-jay |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY

Before the Court is Defendant AmGuard Insurance Company's Motion for Leave to File Reply (ECF No. 158). Defendant seeks permission to file a reply brief in further support of its pending post-trial motion for judgment as a matter of law. For good cause shown, the Motion is **GRANTED**. Defendant's reply brief should not exceed 7 pages and is due within five days of the entry of this order.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: August 1, 2022