# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF TENNESSEE AT EASTERN DIVISION

IVA JOY AND WILLIAM JOY,

    **Plaintiffs,**

vs.                                                    **CASE NO.: 1:20-CV-01131-STA-JAY**

**AMGUARD INSURANCE COMPANY,**    **JURY DEMAND**

    **Defendant/Third-Party Plaintiff.**

**vs.**

**ANTHONY LANCASTER INSURANCE AGENCY, INC. and ANTHONY LANCASTER,**

    **Third-Party Defendants.**

## AMGUARD INSURANCE COMPANY'S NOTICE OF APPEAL

NOTICE IF HEREBY GIVEN that AmGuard Insurance Company, Defendant and Third Party Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment of the District Court, doc. no. 153, when the District Court entered its Order Denying Defendant's Motion for Judgment as a Matter of Law, doc. no. 163, on the 8th day of September, 2022.

Respectfully submitted,

MCANGUS GOUDELOCK & COURIE, LLC

**/s/ Brian F. Walthart**
BRIAN F. WALTHART, 024777
Post Office Box 198349
201 4th Avenue N., Suite 1400
Nashville, Tennessee 37219
Phone: (615) 499-7292
Facsimile: (615) 523-1496
Email: brian.walthart@mgclaw.com

ATTORNEY FOR AMGUARD INSURANCE COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      David A. Changas
      Robert W. Reid
      Lewis, Thomason, King, Krieg & Waldrop, P.C.
      Post Office Box 198615
      Nashville, Tennessee 37219-8615
      Attorney for Anthony Lancaster Insurance Agency, Inc.

      Drayton D. Berkley
      Berkley Law Firm, PLLC
      P. O. Box 771048
      Memphis, Tennessee 38177
      Attorney for Iva Joy

This the 12th day of September, 2022.

      **/s/ Brian F. Walthart**
      BRIAN F. WALTHART